An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LAMAR THOMAS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67729

**FILED**

MAY 18 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Apellant filed a pro se notice of appeal on April 2, 2015. In his notice of appeal, appellant stated that he was pursuing a "Lozada appeal," and set forth a number of claims of ineffective assistance of counsel. The documents before this court do not indicate that a post-conviction petition for a writ of habeas corpus has been filed or denied in

15-15102

the district court. Because appellant failed to designate an appealable decision, we

ORDER this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Jennifer P. Togliatti, District Judge
      Anthony Lamar Thomas
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

_____

[1]A post-conviction petition for a writ of habeas corpus is the exclusive remedy to challenge the validity of a judgment of conviction and sentence, see NRS 34.724(2)(b), and must be filed in the district court in the first instance, see NRS 34.738(1). We express no opinion as to whether appellant can satisfy the procedural requirements of NRS chapter 34.